United States District Court
Middle District of Florida
Jacksonville Division

**NERIMAN CICI,**

*Plaintiff,*

v.                                                                              NO. 3:25-cv-620-MMH-PDB

**EMMIGRATION,**

*Defendant.*

---

# Report and Recommendation

Using the "Complaint for a Civil Case" form and proceeding without a lawyer, the plaintiff sues "Emmigration." Doc. 1.

Under "Statement of Claim" and "Relief," the plaintiff writes:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

> I have a concern about my green card process. It's been 4 years (february 2021) since I did the application and I haven't received yet.
> My lawyer has filed the form online, almost every 3 months, the answer is still in process, no action needed at this time.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> This situation is being stressful for me why I am not having my green card.

Doc. 1 at 4–5.

The undersigned ordered the plaintiff to file a complete application to proceed without prepaying fees or pay the $405 filing fee by August 18, 2025. Doc. 3 at 2. The undersigned warned, "Failure to timely comply with this order may result in a recommendation of dismissal without prejudice." Doc. 3 at 2. Since that order, the plaintiff has done nothing.

A court may dismiss a case for failure to comply with an order. *Gratton v. Great Am. Commc'ns*, 178 F.3d 1373, 1374 (11th Cir. 1999). Dismissal with prejudice is appropriate "only in extreme circumstances"; there must be a clear record of delay or willful conduct that lesser sanctions would be insufficient to correct. *Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006) (quoted authority omitted).

Dismissal without prejudice is warranted. The plaintiff failed to comply with the order directing the plaintiff to file a complete application to proceed without prepaying fees or pay the filing fee, Doc. 3. No circumstance that would warrant dismissal with prejudice is present.

The undersigned **recommends** dismissing the action without prejudice and directing the clerk to close the file.

"Within 14 days after being served with a copy of [a] recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id*. "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ.

P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(C) ("A [district judge] shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "A party failing to object to … findings or recommendations … in a report and recommendation … waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions[.]" 11th Cir. R. 3-1.

**Entered** in Jacksonville, Florida, on August 25, 2025.

Patricia D. Barksdale
United States Magistrate Judge

c:   Neriman Cici
     10455 Indian Walk Rd.
     Jacksonville, FL 32257